**FILED**

2022 OCT 14 AM 10: 58

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___JB___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>PLAINTIFF(S)<br>v.<br><br>Christopher Baltezar Hernandez<br><br>DEFENDANT(S). | CASE NUMBER **MJ 22-04020**<br>22cr00778<br><br>**DECLARATION RE<br>OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: United States District Court
in the Southern District of California on April 5, 2022
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about December 3, 2021
in violation of Title 18 U.S.C., Section(s) 2261A(1)(A), 2261(b)(1), and 2
to wit: _____

A warrant for defendant's arrest was issued by: United States District Court / Southern District of California

Bond of $ No Bond was ☐ set / ☒ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/14/2022
             Date

/S/
Signature of Agent

Jesse Crim
Print Name of Agent

FBI
Agency

Special Agent
Title

---

CR-52 (03/20)                    DECLARATION RE OUT-OF-DISTRICT WARRANT